AO 121 (6/90)

TO:

**Register of Copyrights**
**Copyright Office**
**Library of Congress**
**Washington, D.C. 20559**

**REPORT ON THE**
**FILING OR DETERMINATION OF AN**
**ACTION OR APPEAL**
**REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. 14-4207 | DATE FILED 7/11/14 | EDPA, US Courthouse, 601 Market St., Rm. 2609, Phila., PA 19106 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MALIBU MEDIA, LLC | JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 96.245.231.154 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See Attached | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## File Hashes for IP Address 96.245.231.154

**ISP:** Verizon FiOS
**Physical Location:** Telford, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/14/2014 08:01:04 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 06/14/2014 07:46:27 | 295B0CFB8AC1390C87A99443D7B1CFE852D7824A | Just Jennifer |
| 06/14/2014 07:44:21 | 66240EA4FE9970A3BE7B99E9A97EE10D833DF60F | Hot Orgasm |
| 06/14/2014 07:39:56 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 06/14/2014 07:23:38 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 06/14/2014 07:23:34 | 42146DAB79DD68F191F7D7F3CA6E02B0EC842F27 | Enjoy My Backdoor |
| 06/14/2014 07:18:13 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 01/20/2014 07:46:29 | 4FF872F305E92C9DCB11E886334FB75207E604C0 | Body Language |
| 01/20/2014 07:20:18 | 6D3D7495DAC20722446E4104B3CE9EC43CAE3C51 | Mile High Club |
| 01/20/2014 06:29:57 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 01/20/2014 06:29:04 | 0ABD96E0353DFDDF8774E1750497C88940F9115C | Arrest Me |
| 01/20/2014 06:14:10 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 01/18/2014 11:18:39 | 4D48C50B8394CD2C150BAA1E1666D242CE487F52 | Tease and Please |
| 01/17/2014 11:38:31 | EBCCB75A9E2A8ED79E1BA39144E7D4299EC14EDB | Lying Around |
| 01/15/2014 14:06:25 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 01/15/2014 13:54:17 | 4F8309110D236F5A477F4FD603D4628D8F7E97D2 | Zeppelin on Fire |
| 01/15/2014 12:05:02 | E4BE8E720C61D26AD1C4D01C44CEEFA77DF24D92 | Apertif Our Style |
| 01/15/2014 11:38:23 | 85A065477B91C6CACF77B5220F2F08226738649D | Getting Ready For You |
| 01/15/2014 11:08:16 | DB6178E3AF8E9CEE596BB6EAFA0B74681BCAB83C | No Turning Back Part #1 |
| 01/15/2014 10:15:00 | 2C78E17E90A6065C5500659FDDB52CA0E0477FA7 | And Then There Was You |
| 01/15/2014 10:14:17 | 36E350AC2A4B2CEEBF3939C8A5154EB2F4EB0A7D | Fantasy Come True |
| 01/15/2014 09:54:58 | 4C8FB3CEF10089626BB2960266674052E174EC2F | Photo Finish |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/14/2014 10:39:00 | 185DBF8520702D7E84EBEF4261360E1DA2185F29 | In for the Night |
| 01/14/2014 10:25:28 | 9C15AAB6DE602840D5C7FC02459384270FEB32A6 | Playing Dress Up |

**Total Statutory Claims Against Defendant: 24**

EPA416

EXHIBIT A

## Copyrights-In-Suit for IP Address 96.245.231.154

**ISP:** Verizon FiOS
**Location:** Telford, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 01/15/2014 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 01/15/2014 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 01/20/2014 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 01/20/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 06/14/2014 |
| Enjoy My Backdoor | PENDING | 06/13/2014 | 06/19/2014 | 06/14/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 06/14/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 01/15/2014 |
| From Three to Four Part 2 | PENDING | 06/01/2014 | 06/05/2014 | 06/14/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/15/2014 |
| Hot Orgasm | PENDING | 06/03/2014 | 06/09/2014 | 06/14/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/14/2014 |
| Just Jennifer | PENDING | 06/09/2014 | 06/09/2014 | 06/14/2014 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 01/17/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/20/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 01/20/2014 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 01/15/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 01/15/2014 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 01/15/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/14/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 06/14/2014 |

EXHIBIT B

EPA416

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 01/18/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 01/20/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/15/2014 |

Total Malibu Media, LLC Copyrights Infringed:  24

EPA416

EXHIBIT B